UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIRECTV, LLC, a California Limited Liability Company,<br><br>　　　　　　　Plaintiff,<br><br>　-vs-<br><br>BRUCE CROSSETT, and LORI CROSSETT, Individually, and as officers, directors, shareholders, and/or principals of RED HORSE DRIVE IN, LLC, d/b/a Red Horse Diner,<br><br>and<br><br>RED HORSE DRIVE IN, LLC, d/b/a Red Horse Diner,<br><br>　　　　　　　Defendants. | NO.  CV-12-3155-LRS<br><br>ORDER OF DISMISSAL |

　　　Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties entered a "Joint Stipulation of Dismissal" on March 25, 2013 (ECF No. 11).  Accordingly,

　　　**IT IS ORDERED** that the above-titled case be dismissed with prejudice pursuant to the Joint Stipulation of Dismissal and the file be closed in this matter.

　　　The District Court Executive is directed to enter this Order and **CLOSE FILE**.

　　　**DATED** this 2nd day of April, 2013.

　　　　　　　　　　　　　　　　　　　　　*s/Lonny R. Suko*

　　　　　　　　　　　　　　　　　　　　LONNY R. SUKO
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL